**Clinton R. POWELL, Plaintiff–Appellant,**

v.

**Dana Y. KINSLEY, GRCC Law Library Supervisor; Ronald Abernathy, GRCC Food Operations Manager; Benjamin Wright, GRCC Lead Warden; Jimmy Everette, GRCC Administrative Staff Specialist, Defendants–Appellees.**

No. 14–6560.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 29, 2014.

Clinton R. Powell, Appellant Pro Se. Kate Elizabeth Dwyre, Lara Kate Jacobs Todd, Office of the Attorney General of Virginia, Richmond, Virginia; Daniel James Kelly, McCarter & English, LLP, Boston, Massachusetts, for Appellees.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton R. Powell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Powell v. Kinsley,* No. 2:12–cv–00372–RBS–DEM (E.D.Va. Mar. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*